1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH EDWARD CAPOGRECO,              No. 2:06-cv-01670-MCE-GGH P

12            Petitioner,

13        vs.                               ORDER

14   STATE OF CALIFORNIA,

15            Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On January 16, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within twenty days.  Petitioner has filed

23   objections to the findings and recommendations.

24   ///

25   ///

26   ///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

2   this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

3   the court finds the findings and recommendations to be supported by the record and by proper

4   analysis.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1.  The findings and recommendations filed January 16, 2008, are adopted in full; and

7          2.  Petitioner's successive application for a writ of habeas corpus is dismissed.

8    Dated:  February 22, 2008

9

10                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26