1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH EDWARD CAPOGRECO,

11                Petitioner,                    No. CIV S-06-1670 MCE GGH P

12         vs.

13   STATE OF CALIFORNIA,

14                Respondent.              <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's dismissal of his application for a writ of habeas corpus as successive.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20              A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25   /////

26   /////

1

1          For the reasons set forth in the magistrate judge's January 16, 2008, findings and

2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3   right.  Accordingly, a certificate of appealability should not issue in this action.

4          IT IS SO ORDERED.

5

Dated:  March 20, 2008

6

7   MORRISON C. ENGLAND, JR.

    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26